## THE STATE OF KANSAS V. WILLIAM FRAMPTON.
### No. 14,965. (87 Pac. 1150.)

Appeal from Allen district court; OSCAR FOUST, judge. Opinion filed November 10, 1906. Affirmed.

*C. C. Coleman,* attorney-general, and *C. L. Evans,* assistant attorney-general for Allen county, for The State; *R. H. Bennett,* of counsel.

*Ewing, Gard & Gard,* for appellant.

*Per Curiam:* Defendant was convicted of two unlawful sales of intoxicating liquor, and also for maintaining a nuisance. By an election the state designated the transactions upon which it would rely to establish the sales. The proof was sufficient to support the findings on both counts. A sale by defendant's barkeeper, at defendant's place of business, and in his presence, is strong proof of a sale by himself. According to the testimony, the witness Kern bought liquor from the defendant directly, and at other times he was served by those who were assisting in the sale of liquor in defendant's place of business.

The judgment is affirmed.

---

## THE STATE OF KANSAS V. CHARLES GLASS.
### No. 14,974. (87 Pac. 1150.)

Appeal from Stafford district court; JERMAIN W. BRINCKERHOFF, judge. Opinion filed November 10, 1906. Affirmed.

*C. C. Coleman,* attorney-general, *G. W. Alford,* county attorney, and *Ray H. Beals,* for The State.

*Prigg & Williams,* for appellant.

*Per Curiam:* Charles Glass was charged with having burglarized, in the night-time, a coal-house belonging to school district No. 34, in Stafford county, Kansas, in which were contained goods and wares of the school district. He appeals from a judgment of conviction.

Several errors are assigned, but an examination of the record does not disclose anything prejudicial to the appellant.

The judgment is affirmed.